IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARLEN D. CURRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 24-523 (MN) |
| ) | |
| PATRICK KARPIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 30th day of April 2025;

WHEREAS, on April 4, 2024, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 7) in this action recommending that the Court dismiss the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(a) and that Plaintiff be given leave to file an Amended Complaint to cure the deficiencies outlines in the Report (D.I. 7 at 5); and

WHEREAS, Plaintiff did not file objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (D.I. 7) is ADOPTED.

2. The Complaint (D.I. 2) is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) and § 1915A(b)(1).

3. Plaintiff is granted leave to file an Amended Complaint on or before May 30, 2025 to correct the deficiencies outlined in the Report and Recommendation.

4.  Should Plaintiff fail to file an Amended Complaint in the time prescribed, the Clerk of Court shall CLOSE this case.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Judge
